PROB 12B
(7/93)

# United States District Court

## for

## District of New Jersey

## Request for Modifying the Conditions or Term of Supervision with Consent of the Offender

*(Probation Form 49, Waiver of Hearing is Attached)*

Name of Offender: **Joseph Williams**                                                                 Cr.: 98-00613

Name of Sentencing Judicial Officer: HONORABLE WILLIAM H. WALLS

Date of Original Sentence: July 22, 1999

Original Offense: Bank Robbery (three counts)

Original Sentence: 90 months imprisonment; 3 years supervised release. $53,781 in restitution (to be paid at a rate of at least $15 per month), $300 Special Assessment.

Type of Supervision: Supervised Release                    Date Supervision Commenced: April 25, 2005

## PETITIONING THE COURT

[ ]   To extend the term of supervision for            Years, for a total term of          Years.
[X]   To modify the conditions of supervision as follows. The addition of the following special condition(s):

The defendant is to be confined to his residence for a period of 3 months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

## CAUSE

On November 5, 2007, the probation officer filed with the Court a Violation of Supervised Release which alleged that the offender violated the terms of his supervised release on several technical grounds. It was alleged that the offender failed to submit complete and truthful monthly written reports in a timely fashion, failed to produce verification of his income, failed to comply with a financial investigation and missed several office visits. On November 26, 2007, the offender made an initial appearance before His Honor and entered a plea of Not Guilty to the alleged violations. A Violation of Supervised Release hearing was scheduled for December 10, 2007. It was subsequently postponed without a new date having been set.

After some discussion between the parties, Mr. Williams has stipulated to the addition of a condition of supervised release which mandates a term of three months of home confinement with electronic monitoring. In exchange, the probation officer has agreed to withdraw the Violation of Supervised Release petition and forgo a hearing in this matter.

It is noted that since the initial appearance in this matter on November 26, Mr. Williams has made an effort to comply with the terms of his supervision. He recently obtained employment with CCR Consulting and has provided his probation officer with verification of his employment and income.

It is additionally noted that as of the date of this correspondence, the offender owes a balance of $37,578 toward his restitution. The probation officer is requesting that notwithstanding the filing of any additional violation reports, the offender's term of supervision be allowed to expire as scheduled on April 24, 2008. The matter will then be turned over to the Financial Litigation Unit of the U.S. Attorney's Office for the collection of the unpaid amount of restitution.

Respectfully submitted,

By: Joseph A. DaGrossa
U.S. Probation Officer
Date: January 4, 2008

APPROVED:

RICHARD A. GALLO / Date
Supervising U.S. Probation Officer

THE COURT ORDERS:

[✓] The offender's conditions of supervision are modified as indicated above. The Court recognizes that the Violation of Supervised Release filed by the probation officer on November 5, 2007, is hereby withdrawn. Additionally, the Court will permit the offender's term of supervision to expire as scheduled on April 24, 2008, despite the fact that an outstanding balance is owed on the restitution.

[ ] No Action
[ ] Other

Signature of Judicial Officer

Date

PROB 49
(3/89)

# UNITED STATES DISTRICT COURT
## FOR THE
## DISTRICT OF NEW JERSEY

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant is to be confined to his residence for a period of three (3) months commencing at the direction of the U.S. Probation Office. The defendant shall be required to be at this residence at all times except for approved absences for gainful employment, community service, religious services, medical care, educational or training programs and at other such times as may be specifically authorized by the U.S. Probation Office. The defendant shall wear an electronic monitoring device and follow electronic monitoring procedures. The defendant shall permit the probation officer access to the residence at all times and maintain a telephone at the residence without any custom services or portable, cordless equipment. The defendant shall comply with any other specific conditions of home confinement as the probation officer requires. The defendant shall pay the costs of electronic monitoring, specifically $3.26 per day.

Witness: _____  Signed: _____
United States Probation Officer         Probationer or Supervised Releasee
Joseph A. DaGrossa                      Joseph Williams

_____
1/4/08
DATE

**UNITED STATES DISTRICT COURT**
PROBATION OFFICE
**DISTRICT OF NEW JERSEY**

CHRISTOPHER MALONEY
CHIEF PROBATION OFFICER

RICHARD A. GALLO
SUPERVISING U.S. PROBATION OFFICER

MARYELLYN MULLER
SUPERVISING U.S. PROBATION OFFICER

January 4, 2008

401 MARKET ST., 1ST FLOOR
POST OFFICE BOX 3497
CAMDEN, NJ 08101-3497
(856) 757-5043
FAX: (856) 757-5302

The Honorable William H. Walls
Martin Luther King, Jr., Federal Courthouse
50 Walnut Street, Room 4046
Newark, NJ 07102

RE: WILLIAMS, Joseph
    Docket No. 98-00613
    **REQUEST FOR MODIFICATION OF CONDITIONS**

Dear Judge Walls:

The purpose of this correspondence is to request a modification to the conditions of supervised release in the above-referenced matter. On July 22, 1999, Joseph Williams was sentenced by Your Honor after pleading guilty to three counts of Bank Robbery. Mr. Williams was sentenced to 90 months in the custody of the Bureau of Prisons and ordered to serve three years of supervised release. Special conditions included financial disclosure and a prohibition against new debt. In addition, Mr. Williams was ordered to pay restitution in the amount of $53,781 (the outstanding balance is currently $37,578) and a $300 Special Assessment (which has been paid in full). Mr. Williams began his term of supervised release on April 25, 2005.

On November 5, 2007, a petition alleging a Violation of Supervised Release was filed with the Court. On November 26, 2007, the offender made an initial appearance before Your Honor and entered a plea of Not Guilty to the alleged violations. A Violation of Supervised Release hearing was scheduled for December 10, 2007, but it was subsequently postponed without a new date having been set.

Since that time, Mr. Williams has agreed to the addition of a term of three months of home confinement as a special condition of his supervision and has agreed to waive any additional hearings in this matter. In return, the probation officer has agreed to withdraw the Violation of Supervised Release petition. We are requesting that Your Honor review the proposed modification and approve this action.

Additionally, we are requesting that, barring the filing of any additional violations, Your Honor permit Mr. Williams' term of supervised release to expire as scheduled on April 24, 2008, despite the fact that he owes a balance on his restitution. (Mr. Williams has faithfully made restitution payments to the best of his ability through his term of supervision.)

Enclosed please find a Request for Modifying the Conditions or Term of Supervision with Consent of the Offender (Probation Form 12B) as well as a Waiver of Hearing (Probation Form 49). If you have any questions, please do not hesitate to contact the undersigned Probation Officer at (856) 968-4922.

Honorable William H. Walls
Page 2
January 4, 2008

Respectfully submitted,

CHRISTOPHER MALONEY, Chief
U.S. Probation Officer

By: Joseph A. DaGrossa
U.S. Probation Officer

APPROVED:

RICHARD A. GALLO                    Date
Supervising U.S. Probation Officer